# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                 Reply to Northern Division Address

May 21, 2003

Brian C. Parker, Esq.
John S. Vander Woude, Esq         RE:    CHICAGO TITLE INSURANCE COMPANY
                                         vs.
                                         HARBOR TITLE GUARNTEE COMPANY OF
                                         MARYLAND, INC, ET A;
                                         Civil Docket No. WDQ-00-1943

Dear Sir or Madam:

    In reviewing the docket in the above entitled case, it appears that no activity has taken place since October 26, 2001, therefore, please submit a **Status Report** to the Chambers of the Honorable William D. Quarles, Jr., 101 W. Lombard Street, Room CHAMBERS 3-A, Baltimore, Maryland 21201, before 5/30/2003, with a cc: to clerks's office.

Sincerely,

FELICIA C. CANNON, CLERK

By: R. Lawson
Deputy Clerk
R. Lawson

U.S. District Court (Rev. 12/1999) - Status Report Letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov