Law Offices Of

# Parker, Dumler & Kiely LLP

Charles Center South
36 South Charles Street
Suite 2200
Baltimore, Maryland 21201

E-Mail Parker@pdklaw.com
Direct Dial (410) 625-0673

TELEPHONE (410) 625-9330
FACSIMILE (410) 625-9309

May 22, 2003

Honorable William D. Quarles, Jr.
United States District Court
  for the District of Maryland
Chambers 3A
101 West Lombard Street
Baltimore, Maryland 21201

Re:   *Chicago Title Insurance Company v.*
      *Harbor Title Guarantee Company*
      Case No. WDQ-00-1943
      Our File No. 1093

Dear Judge Quarles:

I am writing to provide you a status report regarding the above case. The case was instituted by Chicago Title Insurance Company ("Chicago Title") against Harbor Title Guarantee Company of Maryland, Inc. ("Harbor Title") and Arnold V. Hawkins. After the case was filed, Mr. Hawkins filed a Chapter 11 bankruptcy proceeding. After the bankruptcy case was filed, Judge Smalkin entered an Order staying this case pending disposition of the bankruptcy.

Mr. Hawkins' bankruptcy has subsequently converted to a Chapter 7 case and it is now evident that Mr. Hawkins will have no personal assets to satisfy the claims asserted by Chicago Title. As a result, Chicago Title has agreed to a settlement with Harbor Title. Under the terms of that settlement, Chicago Title has agreed to release both Mr. Hawkins and Harbor Title from all claims asserted in connection with this case.

Because the settlement affects Mr. Hawkins, it is necessary to obtain approval of the settlement from the Bankruptcy Court. A motion seeking bankruptcy court approval of the settlement was filed on May 8, 2003. I do not anticipate any objections will be filed to that motion. As soon as the motion is granted, the present case will be dismissed.

If you have any further questions regarding this matter, please feel free to contact me.

Very truly yours,

Brian C. Parker

BCP:ty