UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

CHICAGO TITLE INSURANCE COMPANY, *

    Plaintiff,                                 *

v.                                             *   Civil Action No. WDQ 00 CV 1943

HARBOR TITLE GUARANTEE COMPANY, *
INC., ET AL.
                                           *

    Defendants

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a) the parties hereby stipulate that the above referenced case shall be dismissed with prejudice as to all Defendants, including Arnold Hawkins, Esquire and Harbor Title Guarantee Company, Inc. (a/k/a Harbor Title Guarantee Company of Maryland, Inc.).

                                                  _____
                                                  John S. Vander Woude
                                                  Eccleston & Wolf, P.C.
                                                  7th Floor - Scarlett Place
                                                 729 East Pratt Street
                                                 Baltimore, MD 21202
                                                 (410) 752-7474
                                                 *Attorney for Defendants Arnold Hawkins and Harbor Title Guarantee Company, Inc. (a/k/a Harbor Title Guarantee Company of Maryland, Inc.)*

                                                 _____
                                                 Brian C. Parker
                                                 Parker, Dumler & Kiely, LLP
                                                 Charles Center South
                                                 36 South Charles Street
                                                 Suite 2200
                                                 Baltimore, Maryland 21201
                                                 (410) 625-9330
                                                 *Attorney for Plaintiff*